IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02111-CNS-STV

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
BRYAN LAFONTE,
CRAIG WRIGHT, and
GORDON MADONNA,

    Plaintiffs,

v.

CITY OF LOUISVILLE, COLORADO,

    Defendant.

_____

## DEFENDANT'S NOTICE OF RELATED CASES
_____

Defendant CITY OF LOUISVILLE, COLORADO, hereby submits, pursuant to D.C.COLO.LCivR 3.2, this notice of the following related cases that have two common plaintiffs and common factual allegations and claims:

    (1)    *Rocky Mountain Gun Owners, et al. v. The Town of Superior*, Civil Action No. 22-cv-1685-RM-NRN, filed July 7, 2022.

    (2)    *Rocky Mountain Gun Owners, et al. v. City of Boulder, Colorado*, Civil Action No. 22-cv-2112-RMR-MEH, filed August 18, 2022.

    (3)    *Rocky Mountain Gun Owners, et al. v. Board of County Commissioners of Boulder County*, Civil Action No. 22-cv-2113-CNS-MEH, filed August 18, 2022.

                                                   Respectfully submitted,

Date:  08/29/22                          s/ Gordon L. Vaughan
                                               Gordon L. Vaughan
                                                  VAUGHAN & DeMURO
                                                 111 South Tejon, Suite 545
                                               Colorado Springs, CO 80903
                                               (719) 578-5500 (phone)
                                               (719) 578-5504 (fax)
                                               gvaughan@vaughandemuro.com (e-mail)
                                               ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of August, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Barry K. Arrington**
barry@arringtonpc.com

**Shaun Pearman**
shaun@pearmanlawfirm.com

**Eric P. Apjoke**
eric@pearmanlawfirm.com

and I hereby certify that the foregoing was placed in the U.S. Mail, postage prepaid, and addressed to the following:

[none]

                                                 s/ Gordon L. Vaughan
                                                 Gordon L. Vaughan