IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-1685-RM-NRN

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and
CHARLES BRADLEY WALKER

    Plaintiffs,

v.

THE TOWN OF SUPERIOR, a Colorado municipality,

    Defendant.

---

Civil Action No. 22-cv-2111

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
BRYAN LAFONTE,
CRAIG WRIGHT, and
GORDON MADONNA

    Plaintiffs,

v.

CITY OF LOUISVILLE, COLORADO

    Defendant.

---

Civil Action No. 22-cv-2112

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and
JAMES MICHAEL JONES,

Plaintiffs,

v.

CITY OF BOULDER, COLORADO

    Defendant.

_____

Civil Action No. 22-cv-2113

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendant.

_____

**NOTICE OF UNOPPOSED MOTION TO CONSOLIDATE RELATED ACTIONS PURSUANT TO RULE 42(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

_____

The Town of Superior submits this notice of an unopposed motion to consolidate that has been filed in the first-filed and related case, *Rocky Mountain Gun Owners, et. al. v. The Town of Superior*, Civil Action No. 22-cv-1685-RM-NRN, as follows.

On August 30, 2022, the Town of Superior filed a motion to consolidate the following actions (collectively, the "Related Cases") for all purposes, pursuant to Fed. R. Civ. P. 42(a) and District of Colorado Local Rules 42.1:

1. *Rocky Mountain Gun Owners, et. al. v. The Town of Superior*, Civil Action No. 22-cv-1685-RM-NRN (the "Superior Case");

2. *Rocky Mountain Gun Owners, et. al. v. City of Louisville,* Civil Action No. 22-cv-2111 (the "Louisville Case");

3. *Rocky Mountain Gun Owners, et. al. v. City of Boulder,* Civil Action No. 22-cv-2112 (the "City of Boulder Case"); and

4. *Rocky Mountain Gun Owners, et. al. v. Board of County Commissioners of Boulder County*, Civil Action No. 22-cv-2113 (the "Boulder County Case").

(*See* Civil Action No. 22-cv-1685-RM-NRN, ECF No. 40)

As set forth in the Town of Superior's motion, all four cases involve the same organizational plaintiffs and concern substantially the same questions of fact and law. Consolidation is warranted because the considerable efficiencies offered by consolidation – for the Court and the parties alike – far outweigh the minimal delay in the Town of Superior action.

Wherefore, the Town of Superior respectfully requests that the Court take notice of its filing of a motion to consolidate in the first-filed and related case, *Rocky Mountain Gun Owners, et. al. v. The Town of Superior*, Civil Action No. 22-cv-1685-RM-NRN.

Dated: August 30, 2022

s/ Antonio J. Perez-Marques

Antonio J. Perez-Marques
David Toscano
Christopher Lynch
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017

(212) 450-4000 (phone)
antonio.perez@davispolk.com
david.toscano@davispolk.com
christopher.lynch@davispolk.com

Gordon L. Vaughan
**VAUGHAN & DeMURO**
111 South Tejon, Suite 545
Colorado Springs, CO 80903
(719) 578-5500 (phone)
(719) 578-5504 (fax)
gvaughan@vaughandemuro.com

Carey R. Dunne
**The Law Office of Carey R. Dunne, PLLC**
114 East 95th Street
New York, NY 10128
(917) 499-2279 (phone)
careydunne1@gmail.com

William J. Taylor, Jr.
**EVERYTOWN LAW**
450 Lexington Avenue, #4184
New York, NY 10017
(646) 324-8215 (phone)
wtaylor@everytown.org

*Attorneys for The Town of Superior*