IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02111-CNS-STV

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
BRYAN LAFONTE,
CRAIG WRIGHT, and
GORDON MADONNA,

    Plaintiffs,

v.

CITY OF LOUISVILLE, COLORADO,

    Defendant.
_____

**JOINT MOTION FOR ORDER STAYING ENFORCEMENT OF CITY ORDINANCE NO. 1831 SERIES 2022**
_____

Plaintiffs ROCKY MOUNTAIN GUN OWNERS, NATIONAL ASSOCIATION FOR GUN RIGHTS, BRYAN LAFONTE, CRAIG WRIGHT, and GORDON MADONNA, ("Plaintiffs") and Defendant THE CITY OF LOUISVILLE, COLORADO ("Defendant" or "City") (hereinafter collectively referred to as the "Parties") submit this joint motion for order staying enforcement of portions of City Ordinance No. 1831 Series 2022 ("Ordinance 1831") (attached as **EXHIBIT A**),[1] as more particularly set out herein, until such time as the Court issues an order as to the preliminary injunction motion that is part of Plaintiffs' Motion for Temporary Restraining Order and for Preliminary Injunction (Doc. 9).

---

[1] **EXHIBIT A** is the final version of the adopted Ordinance No. 1831 Series 2022, and the parties agree that this **EXHIBIT A** is also substituted for the Exhibit A attached to Plaintiffs' Complaint (Doc. 1-1).

1. The City adopted an ordinance that went into effect on July 12, 2022, which amended its Municipal Code, Title 9 Article VIII (the "Amended Code") and which regulates the possession, use, transfer, and sale of certain "illegal weapons" within City limits. In their Complaint, Plaintiffs assert that the Amended Code, as to its declaration and regulation of "assault weapons" and "large capacity magazines" ("LCMs"), violates their rights to keep and bear arms pursuant to the Second and Fourteenth Amendments to the United States Constitution. They seek declaratory judgment holding the provisions unconstitutional on their face or as applied to law-abiding adults (Doc. 1). Plaintiffs also filed a motion for temporary restraining order ("TRO") and for preliminary injunction requesting that the Court enter a TRO immediately and that it set this matter for consideration of their motion for a preliminary injunction (Doc. 9).

2. The Parties seek an order staying enforcement of all aspects[2] of the following sections of Ordinance 1831: Section 3, codified as Louisville Municipal Code Section 9.84.010 (Possession and sale of illegal weapons), and Section 4, codified as Louisville Municipal Code Section 9.86.010 (Assault weapons), as such apply to assault weapons and LCMs. The Parties agree that the stay would not apply to "rapid-fire trigger activator, blackjack, gas gun, metallic knuckles, gravity knife or switchblade knife" as set out in Ordinance 1831, nor would the stay apply to the provisions of Section 2, codified as Louisville Municipal Code Section 9.82.130.

---

[2] The Parties understand that the stay would include implementation of the certification provisions of Ordinance 1831 except as they may apply to the carved-out sections described herein.

3. Based on the City's agreement to stay those portions of Ordinance 1831 as described in paragraph 2 above, Plaintiffs agree to the withdrawal of their motion for TRO.

4. Additionally, the City's response to the Complaint is currently due September 12, 2022. The City hereby requests an extension of time up to and including 14 days following a ruling on Plaintiffs' motion for preliminary injunction to file a response to the Complaint, and Plaintiffs do not oppose the same. Undersigned counsel for the City hereby certifies that he is providing a copy of this motion to his client pursuant to D.C.COLO.LCivR 6.1(c) and as reflected in the below certificate of service.

Respectfully submitted,

Date: 09/02/22

s/ Barry K. Arrington
Barry K. Arrington
   ARRINGTON LAW FIRM
   3801 East Florida Avenue, Suite 830
   Denver, CO 80210
   (303) 205-7870 (phone)
   (303) 463-0410 (fax)
   barry@arringtonpc.com
ATTORNEY FOR PLAINTIFFS
   and
Shaun Pearman
Eric P. Apjoke
   THE PEARMAN LAW FIRM, P.C.
   4195 Wadsworth Boulevard
   Wheat Ridge, CO 80033
   (303) 991-7600 (phone)
   (303) 991-7601 (fax)
   shawn@pearmanlawfirm.com
   eric@pearmanlawfirm.com
ATTORNEYS FOR PLAINTIFFS

| | |
|---|---|
| Date:  09/02/22 | s/ Gordon L. Vaughan<br>Gordon L. Vaughan<br>VAUGHAN & DeMURO<br>111 South Tejon, Suite 545<br>Colorado Springs, CO 80903<br>(719) 578-5500 (phone)<br>(719) 578-5504 (fax)<br>gvaughan@vaughandemuro.com<br>ATTORNEY FOR DEFENDANT |

### CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Barry K. Arrington**
barry@arringtonpc.com

**Shaun Pearman**
shaun@pearmanlawfirm.com

**Eric P. Apjoke**
eric@pearmanlawfirm.com

and I hereby certify that the foregoing was served via email on the following:

[DEFENDANT COPY]
via private email address

                                                s/ Gordon L. Vaughan
                                                Gordon L. Vaughan