IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02111-CNS-STV

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
BRYAN LAFONTE,
CRAIG WRIGHT, and
GORDON MADONNA,

    Plaintiffs,

v.

CITY OF LOUISVILLE, COLORADO,

    Defendant.

_____

**ORDER STAYING ENFORCEMENT OF CITY
ORDINANCE NO. 1831 SERIES 2022**
_____

THE COURT, having reviewed the Joint Motion for Order Staying Enforcement of City Ordinance No. 1831 Series 2022 (Doc. 18), having reviewed the file, and being fully advised,

DOES HEREBY ORDER that the joint motion is granted. The Court enters a stay of the following sections of City Ordinance No. 1831 Series 2022:

Section 3, codified as Louisville Municipal Code Section 9.84.010 (Possession and sale of illegal weapons), and Section 4, codified as Louisville Municipal Code Section 9.86.010 (Assault weapons), as such apply to assault weapons and LCMs.

THE COURT FURTHER ORDERS that the stay does not apply to "rapid-fire trigger activator, blackjack, gas gun, metallic knuckles, gravity knife or switchblade knife" as set

out in Ordinance 1831, nor does it apply to the provisions of Section 2, codified as Louisville Municipal Code Section 9.82.130.

THE COURT FURTHER ORDERS that this stay will remain in effect until a ruling on the motion for preliminary injunction that is part of Plaintiffs' Motion for Temporary Restraining Order and for Preliminary Injunction (Doc. 9).

THE COURT FURTHER ORDERS that EXHIBIT A attached to the joint motion is substituted as Exhibit A to the Complaint (Doc. 1-1).

THE COURT FURTHER ORDERS that Plaintiffs' motion for temporary restraining order that is part of the Motion for Temporary Restraining Order and for Preliminary Injunction (Doc. 9) is moot based on Plaintiffs' agreement to withdraw that portion of their motion.

THE COURT FURTHER ORDERS that Defendant's response to the Complaint will be due 14 days following a ruling on Plaintiffs' motion for preliminary injunction.

THIS ORDER ENTERED the _____ day of September, 2022.

BY THE COURT:

_____