IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:22-cv-02111-CNS-STV

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
BRYAN LAFONTE,
CRAIG WRIGHT, and
GORDON MADONNA,

    Plaintiffs,

v.

CITY OF LOUISVILLE, COLORADO,

    Defendant.

**ORDER**

    Before the Court is the Joint Motion for Order Staying Enforcement of City Ordinance No. 1831 Series 2022. (ECF No. 18). The parties have agreed to stay the enforcement of portions of City Ordinance No. 1831 Series 2022, specifically: (1) Section 3, codified as Louisville Municipal Code Section 9.84.010 (Possession and sale of illegal weapons), and (2) Section 4, codified as Louisville Municipal Code Section 9.86.010 (Assault weapons), as it applies to assault weapons and large capacity magazines. The stay will not apply to rapid-fire trigger activators, blackjacks, gas guns, metallic knuckles, gravity knives, or switchblade knives as set out in Ordinance 1831, or to the provisions of Section 2, codified as Louisville Municipal Code Section 9.82.130.

As such, the Court GRANTS the Joint Motion for a Stay (ECF No. 18), DENIES AS MOOT Plaintiff's Motion for a Temporary Restraining Order, and DEFERS the Motion for Preliminary Injunction.  (ECF No. 9).

It is FURTHER ORDERED that this case is set for a Preliminary Injunction Hearing on **Tuesday, October 25, 2022, at 9:00 a.m.**  The parties shall comply with all requirements for evidentiary hearings in Judge Charlotte N. Sweeney's Civil Practice Standards.

It is FURTHER ORDERED that the parties shall appear for a Status Conference to discuss the length of the preliminary injunction hearing, exhibits, witnesses, and any other issues on **September 20, 2022, at 9:00 a.m.** in Courtroom C204 before Judge Charlotte N. Sweeney at the Byron G. Rogers United States Courthouse.

It is FURTHER ORDERED that Defendant will respond to the Motion for Preliminary Injunction on or by **September 21, 2022**, and Plaintiffs shall reply on or by **September 28, 2022**.

It is FURTHER ORDERED that the stay will remain in effect until the Court rules on the Motion for Preliminary Injunction.  (ECF No. 9).

It is FURTHER ORDERED that Defendant SHALL respond to the Complaint fourteen (14) days after the Court rules on Plaintiffs' Motion for Preliminary Injunction.

It is FURTHER ORDERED that the version of the Ordinance attached to the joint motion, ECF No. 18-1, SHALL be substituted as Exhibit A to the Complaint.

DATED this 6th day of September, 2022.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge