IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-2111-CNS-STV**

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
BRYAN LAFONTE,
CRAIG WRIGHT, and
GORDON MADONNA,

      Plaintiffs,

v.

CITY OF LOUISVILLE, COLORADO,

      Defendant.

_____

**JOINT MOTION TO VACATE BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**
_____

      Plaintiffs, ROCKY MOUNTAIN GUN OWNERS, NATIONAL ASSOCIATION FOR GUN RIGHTS, BRYAN LAFONTE, CRAIG WRIGHT, and GORDON MADONNA and Defendant, CITY OF LOUISVILLE, COLORADO (collectively "the Parties"), submit the following Joint Motion to Vacate Briefing and Hearing Schedule for Plaintiffs' Motion for Preliminary Injunction.

**Background and Nature of the Motion**

      1.      Plaintiffs initiated this lawsuit by the filing of their Complaint on August 18, 2022 (ECF No. 1).

      2.      Plaintiffs filed a Motion for Temporary Restraining Order and for Preliminary Injunction on August 25, 2022 (ECF No. 9). On September 2, 2022, the Parties filed their Joint Motion for Order Staying Enforcement of City Ordinance 1831 Series 2022 (ECF No. 18)

("Joint Motion") until such time as the Court rules on Plaintiffs' motion for preliminary injunction.

3. On September 6, 2022, the Court granted the Joint Motion and entered an order staying, in part, Louisville City Ordinance 1831 Series 2022 (ECF No. 20). As part of that order, the Court set a briefing schedule regarding Plaintiffs' motion for preliminary injunction. That briefing schedule requires Defendant to file its response to Plaintiffs' motion for preliminary injunction by September 21, 2022, and Plaintiffs to file their reply by September 28, 2022.

4. The Parties request the Court vacate the briefing schedule for two reasons. First, this case is the subject of a pending motion for consolidation of related cases, including this case, in *Rocky Mountain Gun Owners, et. al. v. The Town of Superior*, Civil Action No. 22-cv-1685-RM-NRN ("Motion for Consolidation"). *See* Notice of Consolidation Motion (ECF No. 17). Second, the briefing schedule does not permit the Parties sufficient time to develop expert and other testimony to adequately present their positions in this important Second Amendment challenge to Defendant's ordinance. Each of these reasons is considered in more detail below.

**Pending Motion for Consolidation**

5. The following related cases (including this case) are presently pending:

A.     *Rocky Mountain Gun Owners, et. al. v. The Town of Superior*, Civil Action No. 22-cv-1685-RM-NRN (the "Superior Case");

B.     *Rocky Mountain Gun Owners, et. al. v. City of Louisville*, Civil Action No. 22-cv-2111-CNS-STV (the "Louisville Case");

C.     *Rocky Mountain Gun Owners, et. al. v. City of Boulder*, Civil Action No. 22-cv-2112-RMR-MEH (the "City of Boulder Case"); and

D.     *Rocky Mountain Gun Owners, et. al. v. Board of County Commissioners of Boulder County*, Civil Action No. 22-cv-2113-CNS-MEH (the "Boulder County Case").

(Collectively, the "Related Cases.")

6. The four ordinances being challenged in the Related Cases present nearly identical questions of law and fact. The ordinances – which were enacted within one month of each other – all involve restrictions on the possession, sale, or transfer of certain semiautomatic firearms equipped with specific, particularly dangerous, features (defined as "assault weapons" in the ordinances) and LCMs. The definitions of the weapons, features, and magazines at issue in all of the challenged ordinances match each other in all material respects.

7. In the Motion for Consolidation, an unopposed briefing schedule was proposed for the consolidated cases pursuant to which Defendants' joint response to Plaintiffs' motions for preliminary injunction would be due by November 15, 2022, Plaintiffs' reply would be due by December 16, 2022, Defendants' sur-reply would be due by January 5, 2023, and a preliminary injunction hearing would be set at the Court's convenience in January 2023.

8. The Honorable Judge Raymond P. Moore has set a status conference for September 16, 2022, at 9:30 a.m. in the Superior Case on the issue of the Motion for Consolidation (ECF No. 41). If the Motion for Consolidation is granted, Judge Moore may then issue a consolidated briefing schedule.

9. Good cause exists to vacate the preliminary injunction briefing schedule in this Louisville Case separate from the issue of consolidation. In order to address Supreme Court precedent, including but not limited to *New York State Rifle & Pistol Ass'n, Inc. v. Bruen,* 142 S. Ct. 2111 (June 23, 2022), the Parties anticipate marshaling expert and other testimony. The purpose of the proposed briefing schedule set out in the Motion for Consolidation was to give

all parties sufficient time to retain these experts and otherwise develop evidence regarding these issues.

10. The Parties agree that the schedule ordered by the Court in its September 6, 2022, order would not give them sufficient time to develop this expert and other evidence adequately. Accordingly, the Parties jointly move the Court to vacate its September 6, 2022, briefing schedule.

11. The Parties propose that, if the Related Cases are consolidated, a new briefing schedule can be set in the consolidated case. If the four cases are not consolidated, the Parties will promptly propose a new briefing schedule in this case that they project will give them sufficient time to prepare to present an adequate evidentiary record for the motion for preliminary injunction.

Respectfully submitted this 7th day of September, 2022.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
Arrington Law Firm
3801 East Florida Avenue, Suite 830
Denver, Colorado 80210
Voice: (303) 205-7870
Email: barry@arringtonpc.com
*Attorney for Plaintiffs*

*/s/ Gordon L. Vaughan*
_____
Gordon L. Vaughan
Vaughan & DeMuro
111 South Tejon Street, Suite 545
Colorado Springs, Colorado 80903
Voice: (719) 578-5500
Email: gvaughan@vaughandemuro.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2022, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to parties of record.

*/s/ Gordon L. Vaughan*
_____
Gordon L. Vaughan