IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:22-cv-02111-CNS-STV

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
BRYAN LAFONTE,
CRAIG WRIGHT, and
GORDON MADONNA,

 Plaintiffs,

v.

CITY OF LOUISVILLE, COLORADO,

 Defendant.

## ORDER

 Before the Court is the parties' Joint Motion to Vacate the Briefing Schedule for Plaintiffs' Motion for Preliminary Injunction (ECF No. 21). The parties filed the instant motion in anticipation of the consolidation of related cases before Judge Raymond Moore. On September 16, 2022, Judge Moore denied the motion for consolidation, vacated the current response and briefing schedule in the "related" case, and ordered the parties to submit a briefing schedule by October 17, 2022 (1:22-cv-01685, ECF No. 48). In the instant motion, the parties propose a new briefing schedule, which the Court finds will give the parties sufficient time to retain experts and develop arguments. (ECF No. 21, p. 3). Separately, the parties state that they will propose a new

1

briefing schedule if the cases are not consolidated. The Court does not find this necessary, as the suggested briefing schedule is acceptable to the Court.

Accordingly, the Court finds that good cause exists to vacate the current preliminary injunction briefing schedule and GRANTS the parties' Joint Motion to Vacate the Briefing Schedule for Plaintiffs' Motion for Preliminary Injunction (ECF No. 21).

It is FURTHER ORDERED that this case is set for a **Preliminary Injunction Hearing on January 23, 2023, at 9:00 a.m.** The parties shall comply with all requirements for evidentiary hearings in Judge Sweeney's Civil Practice Standards.

It is FURTHER ORDERED that the parties shall appear for a **Status Conference** to discuss the length of the preliminary injunction hearing, exhibits, witnesses, and any other issues on **January 12, 2023, at 8:30 a.m.** in Courtroom C204 before Judge Sweeney at the Byron G. Rogers United States Courthouse.

It is FURTHER ORDERED that Defendant will respond to the Motion for Preliminary Injunction on or by November 15, 2022, Plaintiffs shall reply on or by December 16, 2022, and Defendant may file a sur-reply on or by January 5, 2023.

It is FURTHER ORDERED that the stay will remain in effect until the Court rules on the Motion for Preliminary Injunction. (ECF No. 9).

It is FURTHER ORDERED that Defendant SHALL respond to the Complaint fourteen (14) days after the Court rules on Plaintiffs' Motion for Preliminary Injunction.

DATED this 20th day of September 2022.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge

3